**Eddie J. ADAMS, et al., petitioners,**
**v. UNITED STATES.**

**No. 92–1486.**

Supreme Court of the United States.

June 1, 1993.   Denied.